# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT

| | |
|---|---|
| TAWNETTE GILBERT, ) | Case No. CV 06-6965-JWJ |
| Plaintiff, ) | |
| ) | JUDGMENT |
| vs. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of the Social ) Security Administration, ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that Judgment be entered **REVERSING THE DECISION OF THE ADMINISTRATIVE LAW JUDGE AND REMANDING FOR AN IMMEDIATE AWARD OF BENEFITS**, in accordance with this Court's Order, which was filed concurrently in this case.

DATED: March 4, 2008

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge