Suzanne C. Leidner, Esq.  (CSB #090387)
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA  90027
Tel. 323 664-5670/Fax:  323 662-0840
Email:   SCLeidner@sbcglobal.net

Counsel for Plaintiff Tawnette Gilbert

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

TAWNETTE GILBERT,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of  Social Security,

    Defendant.

No.  CV 06 -06965 JWJ

<u>ORDER AWARDING EAJA FEES</u>

IT IS ORDERED that based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees,  Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees  under EAJA in the amount THREE THOUSAND DOLLARS FIVE HUNDFRED FORTY-TWO  and  00/cents ($3,542.00), as authorized by 28 U.S.C. §2412(d), and subject to the terms of the above-referenced  Stipulation.

Dated: June 25, 2008         _____/ S /_____
                                     JEFFREY W. JOHNSON
                                     UNITED STATES MAGISTRATE JUDGE

-1-